```
EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00400-06 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S SENTENCING |
| vs. | ) | STATEMENT |
| | ) | |
| MELISSA ORDONEZ, (06), | ) | |
| | ) | Date:  March 6, 2006 |
| Defendant. | ) | Judge: Hon. Helen Gillmor |
| _____ | ) | |

GOVERNMENT'S SENTENCING STATEMENT

      The government has no objections to the proposed pre-sentence report.

      DATED:  February 23, 2006, at Honolulu, Hawaii.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ Thomas Muehleck
                                 THOMAS MUEHLECK
                                 Assistant U.S. Attorney
```

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| Mr. Michael J. Green<br>Attorney at Law<br>345 Queen St., Second Floor<br>Honolulu, HI 96813 | February 23, 2006 |

   Attorney for Defendant
   Melissa Ordonez

Served by hand-delivery:

| | |
|---|---|
| Probation Officer<br>300 Ala Moana Blvd.,<br>Box 50111, Rm. C-126<br>Honolulu, HI  96850 | February 23, 2006 |

                                           <u>/s/ Rowena N. Kang</u>