MICHAEL JAY GREEN   4451
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
Telephone: (808) 521-3336

Attorney for Defendant
MELISSA ORDONEZ

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 03 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MELISSA ORDONEZ,<br><br>        Defendant. | CR. NO. 04-00400 HG<br><br>DEFENDANT MELISSA ORDONEZ'S<br>SENTENCING STATEMENT;<br>CERTIFICATE OF SERVICE<br><br>DATE:   April 6, 2006<br>TIME:   2:15 p.m.<br>JUDGE:  HON. HELEN GILLMOR |

DEFENDANT MELISSA ORDONEZ'S SENTENCING STATEMENT

Comes now, Defendant, Melissa Ordonez, by and through her attorney, Michael Jay Green, and hereby states that it has received and reviewed the "Draft Presentence Report" and Defendant has no objections or changes.

DATED: Honolulu, Hawaii, _March 2_____, 2006.

_____
MICHAEL JAY GREEN
Attorney for Defendant
MELISSA ORDONEZ

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by HAND DELIVERY or UNITED STATES MAIL, postage prepaid to the parties identified below at their last known address on the date herein indicated:

THOMAS MUHELECK
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

Attorney for Plaintiff

ROSEANNE DONAHOE
United States Probation Officer
300 Ala Moana Blvd., Room C-110
Honolulu, Hawaii 96850-0001

DATED: Honolulu, Hawaii _____March 2_____, 2006.

_____
MICHAEL JAY GREEN
Attorney For Defendant
MELISSA ORDONEZ