# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 10, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR. 04-00400HG

CASE NAME:       U.S.A. vs. (06) MELISSA ORDONEZ

ATTYS FOR PLA:   Florence T. Nakakuni for Thomas C. Muehleck

ATTYS FOR DEFT:  Michael Jay Green

U.S.P.T.S.:      Carolyn Hall

---

JUDGE:   Helen Gillmor          REPORTER:   Stephen Platt

DATE:    March 10, 2006         TIME:       10:00 - 10:25

---

COURT ACTION:  STATUS CONFERENCE RE: BAIL VIOLATION REPORT AND STIPULATION TO PERMIT TRAVEL AS TO (06) MELISSA ORDONEZ -

The defendant is present on bond.

Discussion held regarding the defendant's pretrial release.

The Stipulation to Permit Travel as to (06) Melissa Ordonez is WITHDRAWN.

The Sentencing is advanced from April 6, 2006 to **April 5, 2006 @ 1:00 a.m.**

Submitted by: David H. Hisashima, Courtroom Manager