# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 5, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 04-00400HG |
| CASE NAME: | U.S.A.. Vs. (06) MELISSA ORDONEZ |
| ATTYS FOR PLA: | Florence T. Nakakuni |
| ATTYS FOR DEFT: | Michael Jay Green |
| U.S.P.O.: | Rosanne T. Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Sharon Ross |
| DATE: | April 5, 2006 | TIME: | 1:00 - 1:30 |

COURT ACTION:  SENTENCING TO COUNT 3 OF THE INDICTMENT
          AS TO (06) MELISSA ORDONEZ -
          U.S.' MOTION FOR DOWNWARD DEPARTURE -

   The defendant is present on bond.
   The Memorandum of Plea Agreement is accepted.
   The Court finds that the defendant qualifies for the "safety valve" provision as set forth in 18 U.S.C. Section 3553(f)(1)thru(5).

   Allocution by the defendant.
   U.S' Motion for Downward Departure is GRANTED.

   ADJUDGED: Impr of time served.

   SUPERVISED RELEASE: 3 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

10. That the defendant may testify regarding any cooperation activities that she has already completed with state and federal law enforcement authorities. The defendant shall not engage in any further cooperation activity with any law enforcement agency without the approval of the Court.

11. That the defendant shall work full-time, go to school full-time, or work part-time and go to school part-time during the term of supervised release.

Special assessment: $100.
Advised of rights to appeal the sentence.
Government Oral Motion to Dismiss Count 1 of the Indictment is GRANTED.

Submitted by: David H. Hisashima, Courtroom Manager