AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

MELISSA ORDONEZ

## WARRANT FOR ARREST

CR 04-400 HG-06

CASE NUMBER: MAG-04-644

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  MELISSA ORDONEZ
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring to distribute and to possess with intent to distribute 50 grams or more of methamphetamine. In violation of

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 26 2007
at 10 o'clock and __ min __ M
SUE BEITIA, CLERK

in violation of
Title  21  United States Code, Section(s)  846

| LESLIE E. KOBAYASHI | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Leslie E. Kobayashi | 9/28/04  Honolulu, HI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ to be determined  by  duty judge
                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Special Agent | |
| DATE OF ARREST SEP 30 2004 | Rachel A Byrd | /s/ Rachel A Byrd |

This form was electronically produced by Elite Federal Forms, Inc.